Roa Listing
DV-15-2022-0000568-BC

| Date | Filing # | Action |
|---|---|---|

### Jason Winkler vs. Wipfli, LLP

| | | |
|---|---|---|
| 06/02/2022 | 2.00 | Summons Issued on Wipfli, LLP 06/02/2022 |
| 05/23/2022 | 1.00 | Complaint and Demand for Jury Trial (Filed By Simkins, Sarah on behalf of Winkler, Jason ) 385393 $120.00 |

