IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JASON WINKLER,<br><br>Plaintiff,<br><br>vs.<br><br>WIPFLI, LLP, and JOHN DOES 1–100,<br><br>Defendants. | CV 22–121–M–DLC–KLD<br><br><br><br>ORDER |

    Before the Court is the parties' Stipulation for Dismissal with Prejudice. (Doc. 33.)  The stipulation states that the parties agree that the action may be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and fees except as otherwise provided for in the parties' settlement agreement.  (*Id.* at 1.)

    Accordingly, IT IS ORDERED pursuant to Rule 41(a)(1)(A)(ii) that this action is DISMISSED with prejudice.  The Clerk of Court is directed to close the case file.

    DATED this 8th day of June, 2023.

*/s/ Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court